# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RUPFF A HEINRICH,

          Petitioner,

v.

WILLIAM PENALOZA, et al.,

          Respondents.

Case No. C17-862-RAJ

ORDER CONSOLIDATING THIS ACTION WITH CASE NO. C17-761-RAJ-MAT

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The Government's motion to consolidate, Dkt. 10, is GRANTED. This action is CONSOLIDATED with *Rupff Heinz v. Immigration and Customs Enforcement, et al.*, No. C17-761-RAJ-MAT (W.D. Wash.).

(3)     Ruling on the Government's motion to dismiss is RESERVED and will be considered in conjunction with the merits of *Heinz*.

(4) The Clerk is directed to send copies of this Order to the parties, to Judge Donohue, and to Judge Theiler.

Dated this 22nd day of September, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONSOLIDATING THIS
ACTION WITH CASE NO. C17-761-RAJ-
MAT - 2