# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUPFF HEINZ,<br><br>                Petitioner,<br><br>    v.<br><br>IMMIGRATION CUSTOM ENFORCEMENT ICE-DHS, et al.,<br><br>                Respondents. | Case No. C17-761-RAJ-MAT<br><br>ORDER DIRECTING GOVERNMENT TO SUBMIT SUPPLEMENTAL INFORMATION |

This is a 28 U.S.C. § 2241 immigration habeas action in which petitioner seeks release from immigration detention. The Government has moved to dismiss, arguing that petitioner's detention is statutorily authorized and that a custody hearing was scheduled for September 18, 2017. (Dkts. 12 & 19.) The Court ORDERS the Government to inform the Court, by **October 17, 2017**, whether petitioner has received a custody hearing and if so, the outcome of that hearing. The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones, and to RE-NOTE the pending motions (Dkts. 3, 12, 18) for October 17, 2017.

ORDER DIRECTING GOVERNMENT TO
SUBMIT SUPPLEMENTAL
INFORMATION - 1

Dated this 4th day of October, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING GOVERNMENT TO
SUBMIT SUPPLEMENTAL
INFORMATION - 2