UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUPFF HEINZ,

Petitioner,

v.

IMMIGRATION CUSTOM ENFORCEMENT ICE-DHS, et al.,

Respondents.

Case No. C17-0761-RAJ-MAT

REPORT AND RECOMMENDATION

Petitioner, a native and citizen of Germany, initiated two federal habeas actions, which have been consolidated under the instant case number, to obtain release from immigration detention. (*See* Dkt. 4 & Dkt. 3 in *Heinrich v. Penaloza*, Case No. 17-862-RAJ (W.D. Wash.).) Respondents moved to dismiss, arguing that his detention was statutorily authorized. (Dkt. 12.) Then on October 12, 2017, petitioner was removed to Germany pursuant to a final order of removal. (Dkt. 26-2 at 2.) Respondents thus contend that this action should be dismissed as moot. (Dkt. 26 at 2.)

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . .

there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition challenges only the length of his detention at the Northwest Detention Center, his claims were fully resolved by release from custody. *See id.* at 1065. Accordingly, there is no collateral consequence that could be redressed by the Court, and petitioner's habeas petition must be dismissed as moot. *See id.*

The Court thus recommends that petitioner's habeas petition be DENIED as moot, all pending motions (Dkts. 3, 12, 18) be DENIED as moot, and this action be DISMISSED without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 17, 2017**.

Dated this 23rd day of October, 2017.

Mary Alice Theiler
United States Magistrate Judge