# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUPFF HEINZ, | |
| Petitioner, | Case No. C17-0761-RAJ |
| v. | ORDER OF DISMISSAL |
| IMMIGRATION CUSTOM ENFORCEMENT ICE-DHS, et al., | |
| Respondents. | |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's habeas petition is DENIED as moot;

(3) All pending motions (Dkts. 3, 12, 18) are DENIED as moot;

(4) This action is DISMISSED without prejudice; and

/ / /

/ / /

/ / /

ORDER OF DISMISSAL - 1

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 21st day of November, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2